# KLAFTER OLSEN & LESSER LLP

ATTORNEYS AT LAW

Two International Place • Suite 350 • Rye Brook, NY 10573
914-934-9200 • Fax 914-934-9220 • www.klafterolsen.com

August 11, 2010

BY ECF

Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Request Granted. 9/16 at 9:30*
*Conference Adjourned to ___*

*Cheryl Pollak*
*SO ORDERED. U.S. Magistrate Judge*
*8/11/10*

Re: *Ibea v. Rite-Aid Corporation*
    Civ. No. 10-3075 (DGT)(CLP)

Dear Judge Pollak:

We represent Plaintiff in the above-referenced matter and write to request that the Court reschedule the Initial Conference currently scheduled for September 1, 2010 due to the fact that counsel for Plaintiff has a long-standing personal matter to attend to on that date. We have conferred with Defendant's counsel who consents to this request.

Counsel for the parties have conferred, and, request, pending Your Honor's schedule, that the Initial Conference in this matter be rescheduled for either the morning of September 23, 2010 or anytime on September 16, 2010.

Thank you for your consideration of this request.

Respectfully submitted,

Fran L. Rudich

cc: Counsel of record (via ECF and e-mail)

NEW YORK • NEW JERSEY • WASHINGTON, DC